UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VIKTOR NIKOLAEV,

Petitioner,

v. Case No. 3:26-cv-135-MMH-LLL

WARDEN, BAKER DETENTION CENTER
and U.S. ATTORNEY GENERAL,

Respondents.

---

# ORDER

Petitioner Viktor Nikolaev, an immigration detainee, initiated this action by filing a pro se Petition for Writ of Habeas Corpus (Doc. 1). Nikolaev's Petition is not a model of clarity; however, he seemingly challenges his "prolonged detention." Id. at 6. According to Nikolaev, although he received a bond hearing September 2025, an immigration judge denied bond and he has remained detained. Id. at 7. He asserts that "[g]iven the additional passage of time, [his] continued confinement is now excessive and unreasonable."[1] Id.

A federal court may grant habeas relief where a petitioner shows that he is "in custody in violation of the Constitution or laws or treaties of the United States[.]" 28 U.S.C. § 2241(c)(3). Here, Nikolaev has not alleged sufficient facts

[1] On November 10, 2025, an immigration judge ordered Nikolaev removed to Russia. Doc. 8-1 at 19. Nikolaev is pursuing an appeal. Id. at 21–23.

to establish his entitlement to relief. His reference to due process is vague and conclusory in nature, and his factual allegations are conclusory and devoid of sufficient information that would allow the Court to draw reasonable inferences that Respondents violated his constitutional rights. While the Court can speculate as to the claims Nikolaev intends to raise, he carries the burden of clearly identifying his claims and the relief he seeks. Because he fails to carry that burden, the Court will dismiss the Petition without prejudice.

In addition, to the extent Nikolaev disagrees with the outcome of the September 2025 bond hearing, he may appeal the immigration judge's decision to the Board of Immigration Appeals. See 8 C.F.R. § 1003.1(b)(7). Or, he may seek a new bond hearing if he can demonstrate a material change in circumstances since the prior bond redetermination. See 8 C.F.R. § 1003.19(e).

Accordingly, it is **ORDERED**:

1. Nikolaev's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED without prejudice**.

2. The **Clerk** is directed to terminate any motions, enter judgment dismissing the Petition, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of September, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 9/29
c:
Viktor Nikolaev, #A218114503
Counsel of record